JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZIYADAH MUHAMMAD,<br><br>   Plaintiff,<br><br> v.<br><br>FORD MOTOR COMPANY; and DOES<br>1 through 10, inclusive,<br><br>   Defendants. | Case No. 2:18-cv-00964-AB-FFM<br><br>**ORDER GRANTING STIPULATION TO DISMISS CASE** |

Based on the Parties' joint stipulation pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and good cause appearing, the Court **GRANTS** the joint stipulation. Accordingly, the Court **DISMISSES** with prejudice the Complaint as to all parties and claims. The Clerk of Court shall terminate the case.

**IT IS SO ORDERED**

Dated:  11/27/2018

_____
United States District Judge